No. 68365.—A. N. Deringer, Inc. v. United States, protests 62/11998, etc. (Ogdensburg).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of granular or sponge iron similar in all material respects to that the subject of *John V. Carr & Son, Inc.* v. *United States* (50 Cust. Ct. 29, C.D. 2384), the claim of the plaintiff was sustained.